UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA SNIDER,

     Plaintiff,

                                  Case No. 1:20-cv-648

v.

                                  HONORABLE PAUL L. MALONEY

CORIZON MEDICAL, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 16, 2020, Defendants Corizon Medical, P.A. Huyge, and Dr. Schmidt filed a motion for summary judgment.  On February 2, 2021, Defendants Mary Calkins, Nicole Doolittle, Anne Gaskill, Jody Lebarre, Carmen McIntyre, and Jolean Tribble filed a motion for summary judgment.  The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on August 2, 2021, recommending that this Court grant the motions and dismiss Plaintiff's claims against these defendants.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 34 and 48) are GRANTED.

**IT IS FURTHER ORDERED** that the MDOC defendants' counsel shall file an affidavit to clarify the record by explaining why Amber Johnson signed the waiver for defendant Beechler and why counsel has taken no action with respect to either Beechler or Amber Johnson.  The affidavit shall be filed by October 12, 2021.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated:  September 27, 2021                      /s/  Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge

2