UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA SNIDER #834248,  )<br>　　　　Plaintiff,  )<br>　　　　　　　　　　　　　　　　) <br>-v-　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>REGISTERED NURSE BEECHLER a/k/a  )<br>AMBER JOHNSON,  )<br>　　　　Defendant.  )<br>　　　　　　　　　　　　　　　　) | No. 1:20-cv-648<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 2, 2023　　　　　　　　　　　　　　　／s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge